```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALTAGRACIA SANTANA, et al.,

                              Plaintiffs,                    21-CV-08724 (PGG)(SN)

            -against-                                     **ORDER**

PETER GRAVAGNA, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 30, 2021, the Honorable Paul G. Gardephe referred Defendant Cubesmart Storage's motion to dismiss, ECF No. 38, to me for a Report and Recommendation. Cubesmart's filing did not include a certificate of service attesting that the motion to dismiss was served on the pro se Plaintiffs. The pro se Plaintiffs have not consented to electronic service. No later than December 3, 2021, Cubesmart shall file a certificate of service attesting that its motion to dismiss was served on the pro se Plaintiffs. **All parties are reminded that they must serve Plaintiffs by mail and file proof of service.**

        The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiffs.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
                December 2, 2021