```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALTAGRACIA SANTANA, et al.,

                              Plaintiffs,                    21-CV-08724 (PGG)(SN)

            -against-                            **ORDER**

PETER GRAVAGNA, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 23, 2021, Defendant Cubesmart Storage moved to dismiss Plaintiffs' Complaint. ECF No. 38. The motion to dismiss was served on Plaintiffs via first class mail on December 2, 2021, and their opposition was accordingly due on December 16, 2021. As of the issuance of this order, Plaintiffs have not filed any opposition. Plaintiffs must file their opposition to Cubesmart's motion or a letter showing good cause why they are unable to do so no later than January 7, 2022. If Plaintiffs do not file an opposition or letter by that date, the Court may consider Cubesmart's motion to dismiss fully briefed and ready for resolution. If Plaintiffs wish to receive electronic notice of filings in this matter, they may file an application to do so.

       The Clerk of Court is respectfully directed to mail to the pro se Plaintiffs a copy of this Order and an application to receive electronic notifications of ECF filings.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:    December 17, 2021
                New York, New York