UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALTAGRACIA SANTANA, et al.,

                              Plaintiffs,                        21-CV-08724 (PGG)(SN)

       -against-                                                    **ORDER**

PETER GRAVAGNA, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 10, 2022, Plaintiffs filed a letter requesting that the Court "issue an order of protection enjoining the defendants herein from stalking, harassing, calling, and otherwise enjoining them from activities that are harmful to the plaintiffs," "order that any persons who may be parties or witnesses in this matter that are confidential informants or cooperators of the US government in this matter disclose their status as informants," "order all defendants served identify themselves irrefutably," and "order all parties file full corporate disclosure statements," among other requested relief. ECF No. 60. No Defendant has responded. The Court will address Plaintiffs' motion at the initial pretrial conference on January 26, 2022.

       The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiffs.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 14, 2022
                  New York, New York