UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALTAGRACIA SANTANA, et al.,

                                    **Plaintiffs,**                        21-CV-08724 (PGG)(SN)

      -against-                                                    **ORDER**

PETER GRAVAGNA, et al.,

                                    **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On March 17, 2022, Plaintiffs filed safe harbor notices regarding prospective Rule 11 sanctions against various Defendants and their counsel. See ECF Nos. 92-95. It is unclear whether Plaintiffs have indeed served Defendants and counsel with motions for Rule 11 sanctions since then, or whether any such motions would be rendered moot by a dispositive decision by the Court on Defendants' motions to dismiss and motions for summary judgment. By June 10, 2022, the parties and counsel to whom Plaintiffs addressed safe harbor notices are to file letters informing the Court whether Plaintiffs have served any motions for Rule 11 sanctions. To the extent that Plaintiffs have not done so, they shall not serve any such motions pending further order of the Court.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:      June 8, 2022
                   New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2022